```
                            United States Bankruptcy Court
                               District of Puerto Rico
In re:                                                        Case No. 11-00239-BKT
ANTONIO DE LA VEGA MAURI                                      Chapter 13
ZAYMELI ROSELIA ROMAN VELAZQUEZ
      Debtors
                              CERTIFICATE OF NOTICE
District/off: 0104-3          User: machargoa              Page 1 of 2              Date Rcvd: Jun 03, 2011
                              Form ID: pdf001              Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2011.
db/jdb     +ANTONIO DE LA VEGA MAURI,    ZAYMELI ROSELIA ROMAN VELAZQUEZ,    URB. LOS FAROLES,
             500 CARR 861 APT 134,    BAYAMON, PR 00956-9323
smg         DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR 00902-4140
smg         FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR 00902-0192
smg         PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
             SAN JUAN, PR 00918
cr         +OPERATING PARTNERS CO INC,    O'NEILL & GILMORE,    CITIBANK TOWER SUITE 1701,
             252 AVE PONCE DE LEON,    SAN JUAN, PR 00918-2001
3145834     AA CREDIT UNION,    P.O. BOX 155489,    FT. WORTH, TX 76155-0489
3145835     ACADEMY COLLECTION SERVICES INC,    10965 DECATUR ROAD,    PHILADELPHIA, PA 19154-3210
3145837     BANK OF AMERICA,    PO BOX 15019,    WILMINGTON, DE 19886-5019
3145838    +CCB CREDIT SERVICES,    PO BOX 272,    SPRINGFIELD, IL 62705-0272
3145839     CITIFINANCIAL RETAIL SERVICES,    P.O. BOX 22066,    TEMPE, AZ 85285-2066
3145841     CR EVERGREEN, LLC,    MS 550,    SEATTLE, WA 98111-9221
3145845     DEPTO. DE HACIENDA,    DEPARTMENT OF TREASURY,    PO BOX 9024140,    SAN JUAN, PR 00902-4140
3198867    +EASTERN AMERICA INSURANCE CO,    PO BOX 9023862,    SAN JUAN, PR 00902-3862
3145846     FIA CARD SERVICES,    P.O. BOX 15019,    WILMINGTON, DE 19886-5019
3145847     FIA CARD SERVICES, N.A.,    c/o PRA RECEIVALBLES MANAGEMENT LLC,    PO BOX 12907,
             Norfolk, VA 23541-0907
3145849     FIRST PREMIER BANK,    PO BOX 5524,    SIOUX CITY FALLS, SD 57117-5524
3145850    +FIRSTLEASING,    PO BOX 11852,    SAN JUAN, PR 00910-3852
3145851    +FRANCISCO FERNANDEZ CHIQUES,    PO BOX 9749,    SAN JUAN, PR 00908-0749
3145854     INTERNAL REVENUE SERVICES,    CITY VIEW PLAZA II,    48 CARR 165 STE 2000,
             GUAYNABO, PR 00968-8000
3145855    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: INTERNAL REVENUE SERVICES,      P.O. BOX 16236,
             PHILADELPHIA, PA 19114-0236)
3145856     LEADING EDGE RECOVERY SOLUTIONS,    PO BOX 129,    LINDEN, MI 48451-0129
3145857    +OPERATING PARTNERS, CO., INC.,    AMERICAN INTERNARIONAL PLAZA BUILDING,
             250 MUNOZ RIVERA, SUITE 1200,    SAN JUAN, PR 00918-1814
3220999    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,      POB 12914,    Norfolk VA 23541)
3145858    +PR ACQUISITIONS LC,    250 AVE MUNOZ RIVERA STE 1200,    SAN JUAN, PR 00918-1814
3145859     PREMIER BANKCARD CHARTER,    PO BOX 2208,    VACAVILLE, CA 95696-8208
3145860     RNPM, LLC,    C/O OPERATING PARTNERS, CO. INC.,    P.O. BOX 194499,    SAN JUAN, PR 00919-4499
3145861     ROOMS TO GO,    C/O HRS USA,    P.O. BOX 60107,    CITY OF INDUSTRY, CA 91716-0107
3145863     TREASURY SECRETARY,    DEPARTAMENTO DE HACIENDA,    P.O. BOX 9024140,    SAN JUAN, PR 00902-4140
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg        +E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Jun 03 2011 18:40:49     US TRUSTEE,    EDIFICIO OCHOA,
             500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
3145840    +E-mail/Text: cms-bk@cms-collect.com Jun 03 2011 18:40:09     CMPR INC,
             726 EXCHANGE STREET, SUITE 700,    BUFFALO, NY 14210-1464
3146710     E-mail/PDF: BNCEmails@blinellc.com Jun 03 2011 19:13:43     CR Evergreen, LLC,    MS 550,
             PO Box 91121,    Seattle, WA 98111-9221
3145842    +E-mail/Text: cfigueroa@crimpr.net Jun 03 2011 18:39:27     CRIM,    P.O. BOX 195387,
             SAN JUAN, PR 00919-5387
3145848     E-mail/Text: maria.benabe@firstbankpr.com Jun 03 2011 18:39:20     FIRST BANK,    P.O. BOX 9146,
             SAN JUAN, PR 00908-0146
3145852     E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2011 19:13:58     GAP,    PO BOX 530942,
             ATLANTA, GA 30353-0942
3145853     E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2011 19:13:59     GE MONEY BANK,    PO BOX 960061,
             ORLANDO, FL 32896-0061
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3145836*    +ACADEMY COLLECTION SERVICES INC,   10965 DECATUR ROAD,,    PHILADELPHIA, PA 19154-3210
3145844*    +CRIM,   PO BOX 195387,    SAN JUAN, PR 00919-5387
3145843*     CRIM,   PO BOX 195387,    SAN JUAN, PR 00919-5387
3202090*    +Premier Bankcard/Charter,    P.O. Box 2208,    Vacaville, CA 95696-8208
3145833     ##AA CREDIT UNION,    P.O. BOX 30116,    TAMPA, FL 33630-3116
3145862     ##SECURITY CREDIT SERVICES,    2623 W OXFORD LOOP,    OXFORD, MA 38655-5442
                                                                                   TOTALS: 0, * 4, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 05, 2011**                              **Signature:**      _Joseph Speetjens_

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

Minute Entry

*Hearing Information:*

Debtor:  ANTONIO DE LA VEGA MAURI and ZAYMELI ROSELIA ROMAN VELAZQUEZ
Case Number:  11-00239-BKT13             Chapter: 13
Date / Time / Room: 5/26/2011 9:00 AM
Bankruptcy Judge: BRIAN K. TESTER
Courtroom Clerk:  AIDA MACHARGO
Reporter / ECR:   INECITA COLLAZO

*Matter:*

**Confirmation Hearing**

*Appearances:*

**MIRIAM SALWEN for ALEJANDRO OLIVERAS RIVERA , Chapter 13 Trustee
JOSE L JIMENEZ QUINONES for DEBTORS
EDUARDO VERAY for  OPERATING PARTNERS CO. INC.**


**ORDER:**

  The confirmation hearing is continued for  7/27/2011 at 9:00 a.m. The debtor withdrew the objection to claim No.4  by RNPM, LLC (docket #29).

 SO ORDERED.

                                                          /S/BRIAN K. TESTER
                                                          U.S. Bankruptcy Judge