# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 11-00239 BKT |
| ANTONIO DE LA VEGA MAURI<br>ZAYMELI ROSELIA ROMAN VELAZQUEZ | CHAPTER 13 |
| (DEBTORS) | |

## AMENDED PLAN DATED 10/13/2011

**TO THE HONORABLE COURT:**

Comes now Debtor (s), represented by the undersigned attorney, and represents as follows:

1. Debtor (s) informs the filing of Amended Plan dated 10/13/2011:

    *i. To provide the necessary funding to pay claim #4 in full. To that effect, the last step payment (from month 51 to month 60) were increased by the amount of $100.00.*

    *ii. The Debtor submits that the amended plan complies with the liquidation value of the case, since the IRS priority claim is paid an amount greater than the liquidation value determined.*

**WHEREFORE**, Debtor (s) prays from this Honorable Court to take notice and allow filing of the amended plan.

**NOTICE:** Within twenty eight (28) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which will send a notification of such filing to all CM/ECF participants in this case, including: U.S. Trustee, and to the Assistant U.S. Trustee. Furthermore, I hereby certify that I mailed this document by First Class Mail postage prepaid to the non CM/ECF participants included in the attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, October 13, 2011.

s/JOSE L. JIMENEZ QUINONES
José L. Jiménez Quiñones, Esq.
USDCPR 203808
268 AVE. PONCE DE LEON
Suite 1118
San Juan, P.R. 00918-2007
TEL: 787-282-9009
FAX: 787-282-9009
jljimenez11@gmail.com

United States Bankruptcy Court
District of Puerto Rico

IN RE: Case No. **11-00239**

**DE LA VEGA MAURI, ANTONIO & ROMAN VELAZQUEZ, ZAYMELI ROSELIA** Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **10/04/2011**
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 700.00 x 12 = $ 8,400.00
$ 900.00 x 12 = $ 10,800.00
$ 1,000.00 x 12 = $ 12,000.00
$ 1,100.00 x 14 = $ 15,400.00
$ 1,200.00 x 10 = $ 12,000.00

TOTAL: $ 58,600.00

Additional Payments:
$ 14,360.00 to be paid as a LUMP SUM within **56 months** with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
**$2,060 FOR THE 1st YEAR AND $3,075 FOR SUBSEQUENT 4 YEARS FROM INCOME TAX REFUNDS, CHRISTMAS BONUS AND 2nd JOB.**

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 72,960.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **1,824.73**

Signed: **/s/ ANTONIO DE LA VEGA MAURI**
Debtor

**/s/ ZAYMELI ROSELIA ROMAN VELAZQU**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **RNPM, LLC** Cr. _____ Cr. _____
# **1317409** # _____ # _____
$ 33,476.66 $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **CRIM** Cr. **RNPM, LLC** Cr. _____
# **89975** # **POC #4** # _____
$ 411.74 $ 24,500.00 $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**AA CREDIT UNION**
5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**RNPM, LLC**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

Attorney for Debtor **JIMENEZ - QUINONES LAW OFFICES** Phone: **(787) 282-9009**

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE DE LA VEGA MAURI, ANTONIO & ROMAN VELAZQUEZ, ZAYMELI ROSELIA    Case No. 11-00239
Debtor(s)

# AMENDED CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 1 of 1

1. **INCOME TAX REFUNDS:** TAX REFUNDS WILL BE DEVOTED EACH YEAR, AS PERIODIC PAYMENTS, TO FUND THE PLAN UNTIL COMPLETION. THE TENDER OF SUCH PERIODIC PAYMENTS SHALL DEEM THE PLAN MODIFIED BY SUCH AMOUNT, WITHOUT THE NEED OF FURTHER NOTICE, HEARING OR COURT ORDER. MAY DEBTOR(S) NEED TO USE A PORTION OF SAID REFUND, PRIOR AUTHORIZATION OF THE COURT SHALL BE SOUGHT BY DEBTOR(S).

2. PRE-CONFIRMATION ADEQUATE PROTECTION PAYMENTS OF $500 PER MONTH SHALL BE PAID TO RNPM, LLC., c/o OPERATING PARTNERS --TO: PO BOX 194499, SAN JUAN, PR 00919-4499-- ON ACCOUNT OF THE RESIDENTIAL MORTGAGE LOAN, FOR THE FIRST SIX (6) MONTHS PAYABLE UNDER THE PLAN, OR UP TO THE DATE OF CONFIRMATION OF THE PLAN, IF EXTENDED BEYOND SIX MONTHS.

3. DEBTOR WIL SURRENDER THE MOTOR VEHICLE (CLAIM #10-1) TO AA CREDIT UNION.

4. PRE CONFIRMATION ADEQUATE PROTECTION PAYMENTS OF $125 PER MONTH AMOUNTING TO $500.00 WERE PAID BY THE TRUSTEE TO AMERICAN AIRLINES ("AA") FEDERAL CREDIT UNION --TO: MD2100 PO BOX 619001, DFW AIRPORT, TX 75261-9001-- BEFORE SURRENDERING THE COLLATERAL/VEHICLE TO SAID CREDITOR.

---

**TWENTY-EIGHT-DAY NOTICE TO PARTIES IN INTEREST:**

WITHIN TWENTY EIGHT (28) DAYS AFTER SERVICE AS EVIDENCED BY THE CERTIFICATION, AND AN ADDITIONAL THREE (3) DAYS PURSUANT TO FED. R. BANK. P. 9006(F) IF YOU WERE SERVED BY MAIL, ANY PARTY AGAINST WHOM THIS PAPER HAS BEEN SERVED, OR ANY OTHER PARTY TO THE ACTION WHO OBJECTS TO THE RELIEF SOUGHT HEREIN, SHALL SERVE AND FILE AN OBJECTION OR OTHER APPROPRIATE RESPONSE TO THE AFOREMENTIONED AMENDED PLAN WITH THE CLERK'S OFFICE OF THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO. IF NO OBJECTION OR OTHER RESPONSE IS FILED WITHIN THE TIME ALLOWED HEREIN, THE PAPER WILL BE DEEMED UNOPPOSED AND MAY BE GRANTED UNLESS: (I) THE REQUESTED RELIEF IS FORBIDDEN BY LAW; (II) THE REQUESTED RELIEF IS AGAINST PUBLIC POLICY; OR (III) IN THE OPINION OF THE COURT, THE INTEREST OF JUSTICE REQUIRES OTHERWISE. FED. R. BANKR. P. 2002 (B) AND LBR 9013-1.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Label Matrix for local noticing        OPERATING PARTNERS CO INC              US Bankruptcy Court District of P.R.
0104-3                                 O'NEILL & GILMORE                      U.S. Post Office and Courthouse Building
Case 11-00239-BKT13                    CITIBANK TOWER SUITE 1701              300 Recinto Sur Street, Room 109
District of Puerto Rico                252 AVE PONCE DE LEON                  San Juan, PR 00901-1964
Old San Juan                           SAN JUAN, PR 00918-2001
Thu Oct 13 17:09:48 AST 2011

AA CREDIT UNION                        AA CREDIT UNION                        ACADEMY COLLECTION SERVICES INC
P.O. BOX 155489                        P.O. BOX 30116                         10965 DECATUR ROAD
FT. WORTH, TX 76155-0489               TAMPA, FL 33630-3116                   PHILADELPHIA, PA 19154-3210

BANK OF AMERICA                        CCB CREDIT SERVICES                    CITIFINANCIAL RETAIL SERVICES
PO BOX 15019                           PO BOX 272                             P.O. BOX 22066
WILMINGTON, DE 19886-5019              SPRINGFILED, IL 62705-0272             TEMPE, AZ 85285-2066

CMPR INC                               CR EVERGREEN, LLC                      CR Evergreen, LLC
726 EXCHANGE STREET, SUITE 700         MS 550                                 MS 550
BUFFALO, NY 14210-1464                 SEATTLE, WA 98111-9221                 PO Box 91121
                                                                              Seattle, WA 98111-9221

CRIM                                   DEPTO. DE HACIENDA                     Department of Treasury-
P.O. BOX 195387                        DEPARTMENT OF TREASURY                 Bankruptcy Section (Suite 1504)
SAN JUAN, PR 00919-5387                PO BOX 9024140                         235 Ave. Arterial Hostos
                                       SAN JUAN, PR 00902-4140                San Juan Puerto Rico 00918-1451

EASTERN AMERICA INSURANCE CO           FIA CARD SERVICES                      FIA CARD SERVICES, N.A.
PO BOX 9023862                         P.O. BOX 15019                         c/o PRA RECEIVALBLES MANAGEMENT LLC
SAN JUAN, PR 00902-3862                WILMINGTON, DE 19886-5019              PO BOX 12907
                                                                              Norfolk, VA 23541-0907

FIRST BANK                             FIRST PREMIER BANK                     FIRSTLEASING
P.O. BOX 9146                          PO BOX 5524                            PO BOX 11852
SAN JUAN, PR 00908-0146                SIOUX CITY FALLS, SD 57117-5524        SAN JUAN, PR 00910-3852

FRANCISCO FERNANDEZ CHIQUES            GAP                                    GE MONEY BANK
PO BOX 9749                            PO BOX 530942                          PO BOX 960061
SAN JUAN, PR 00908-0749                ATLANTA, GA 30353-0942                 ORLANDO, FL 32896-0061

INTERNAL REVENUE SERVICES              (p)INTERNAL REVENUE SERVICE            LEADING EDGE RECOVERY SOLUTIONS
CITY VIEW PLAZA II                     CENTRALIZED INSOLVENCY OPERATIONS      PO BOX 129
48 CARR 165 STE 2000                   PO BOX 7346                            LINDEN, MI 48451-0129
GUAYNABO, PR 00968-8000                PHILADELPHIA PA 19101-7346

OPERATING PARTNERS, CO., INC.          PR ACQUISITIONS LC                     PREMIER BANKCARD CHARTER
AMERICAN INTERNARIONAL PLAZA BUILDING  250 AVE MUNOZ RIVERA STE 1200          PO BOX 2208
250 MUNOZ RIVERA, SUITE 1200           SAN JUAN, PR 00918-1814                VACAVILLE, CA 95696-8208
SAN JUAN, PR 00918-1814
```

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | RNPM, LLC<br>C/O OPERATING PARTNERS, CO. INC.<br>P.O. BOX 194499<br>SAN JUAN, PR 00919-4499 | ROOMS TO GO<br>C/O HRS USA<br>P.O. BOX 60107<br>CITY OF INDUSTRY, CA 91716-0107 |
| SECURITY CREDIT SERVICES<br>2623 W OXFORD LOOP<br>OXFORD, MA 38655-5442 | TREASURY SECRETARY<br>DEPARTAMENTO DE HACIENDA<br>P.O. BOX 9024140<br>SAN JUAN, PR 00902-4140 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 |
| ANTONIO DE LA VEGA MAURI<br>URB. LOS FAROLES<br>500 CARR 861 APT 134<br>BAYAMON, PR 00956-9323 | JOSE L JIMENEZ QUINONES<br>JIMENEZ QUINONES LAW OFFICE, PSC<br>268 AVE. PONCE DE LEON<br>SUITE 1118<br>SAN JUAN, PR 00918-2007 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 |
| ZAYMELI ROSELIA ROMAN VELAZQUEZ<br>URB. LOS FAROLES<br>500 CARR 861 APT 134<br>BAYAMON, PR 00956-9323 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| INTERNAL REVENUE SERVICES<br>P.O. BOX 16236<br>PHILADELPHIA, PA 19114-0236 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)ACADEMY COLLECTION SERVICES INC<br>10965 DECATUR ROAD,<br>PHILADELPHIA, PA 19154-3210 | (d)CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 | (d)CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 |
| (d)Premier Bankcard/Charter<br>P.O. Box 2208<br>Vacaville, CA 95696-8208 | End of Label Matrix<br>Mailable recipients 39<br>Bypassed recipients 4<br>Total 43 | |